**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

RONNY DAVID RAMBAY ARAUJO #A246-272-246        CASE NO.  3:26-CV-00451 SEC P

VERSUS                                                                        JUDGE DAVID C. JOSEPH

WARDEN JACKSON PARISH CORRECTIONAL        MAG. JUDGE KAYLA D. MCCLUSKY
CENTER

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on February 11, 2026.  Upon review of the record,

the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit the petition for writ of habeas corpus on approved forms. NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS. **Plaintiff must submit the petition for writ of habeas corpus <u>on approved forms</u> that are legibly handwritten or typewritten.**

The petitioner failed to sign the petition.  **Petitioner must provide a signed original petition.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the

pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street,**

**Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ___18th___ day of ___February___, 2026.

_____
Kayla D. McClusky
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241